IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 22 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01843-WDM-CBS

EARL LEWIS WALKER,

   Plaintiff,

v.

GOVERNOR BILL OWENS,
PAROLE OFFICER JOHN DOE OF THE STATE OF COLORADO,
CITY OF DENVER MAYOR JOHN HICKENLOOPER,
CITY OF DENVER SHERIFF OFFICER JANE DOE INTERNAL AFFAIRS, and
PAROLE OFFICER JOEL CAMPBELL OF THE STATE OF COLORADO,

   Defendants.

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED at Denver, Colorado, on November 10, 2005

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01843-WDM-CBS

Earl Lewis Walker
Prisoner No. 86835
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

US Marshal Service
Service Clerk
Service forms for: Bill Owens, John Hickenlooper,
John Doe - Parole Officer, Joel Campbell - Parole Officer,
and Sheriff John Doe - Internal Affairs

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal for process of service on Bill Owens, John Hickenlooper, John Doe - Parole Officer, Joel Campbell - Parole Officer, and Sheriff John Doe - Internal Affairs: AMENDED COMPLAINT FILED 10/18/05, SUMMONS, AND CONSENT FORM on 11/22/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk