IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01843-WDM-CBS

EARL LEWIS WALKER,

    Plaintiff,

v.

BILL OWENS, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

    Plaintiff's complaint was filed on September 22, 2005. I issued an order of reference to the magistrate on December 14, 2005, and the mailing of the order was sent to plaintiff at his last known address at the Crowley County Correctional Facility. That mailing was returned as undeliverable on December 19, 2005, indicating the mailing was not deliverable as addressed; unable to forward. Plaintiff has not filed a notice of change of address as required by D.C.COLO.LCivR 10.1M On December 20, 2005, I issued an order to show cause stating that if no response is filed before December 30, 2005, the complaint shall be dismissed without prejudice. On December 27, 2005, the mailing was returned, again indicating the mailing was not deliverable as addressed; unable to forward.

Accordingly, it is now ordered that the complaint and this action are dismissed without prejudice.

DATED at Denver, Colorado, on January 9, 2006.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge